United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy   06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|   | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **1.** | **Your full name** <br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br>Bring your picture identification to your meeting with the trustee. | **Jeffrey** <br>First name <br><br>**G.** <br>Middle name <br><br>**Rebischung** <br>Last name and Suffix (Sr., Jr., II, III) | _____ <br>First name <br><br>_____ <br>Middle name <br><br>_____ <br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **DBA  Fine Tree Care** | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-9535 | |

Debtor 1   **Jeffrey G. Rebischung**                    Case number *(if known)* _____

|   | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN | EIN |

**5. Where you live**

**6054 Stoetz Lane**
**Sebastopol, CA 95472**
Number, Street, City, State & ZIP Code

**Sonoma**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**321 So. Main Street, PMB 3**
**Sebastopol, CA 95472**
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)
_____

Official Form 101                     **Voluntary Petition for Individuals Filing for Bankruptcy**                     page 2

Debtor 1  Jeffrey G. Rebischung      Case number *(if known)*

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☒ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☒ No
- ☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | When | Case number, if known | |
| Debtor | | Relationship to you | |
| District | When | Case number, if known | |

**11. Do you rent your residence?**

- ☐ No. Go to line 12.
- ☒ Yes. Has your landlord obtained an eviction judgment against you?
  - ☒ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1     Jeffrey G. Rebischung                                    Case number *(if known)*

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☐ No.  Go to Part 4.

■ Yes.  Name and location of business

*A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.*

*If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.*

**Jeffrey G. Rebischung dba Fine Tree Care**
Name of business, if any

**321 So. Main St., PMB 3**
**Sebastopol, CA 95472**
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
■ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____

Number, Street, City, State & Zip Code

Official Form 101             **Voluntary Petition for Individuals Filing for Bankruptcy**                       page 4

Debtor 1  Jeffrey G. Rebischung  Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

**About Debtor 1:**

*You must check one:*

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  Jeffrey G. Rebischung                    Case number (if known) _____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

☑ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Jeffrey G. Rebischung                    _____
**Jeffrey G. Rebischung**                    Signature of Debtor 2
Signature of Debtor 1

Executed on  **February 3, 2025**            Executed on  _____
             MM / DD / YYYY                              MM / DD / YYYY

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeffrey G. Rebischung** | Case number *(if known)* | |

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
| **If you are not represented by an attorney, you do not need to file this page.** | |

**/s/ Michael C. Fallon**                    Date  **February 3, 2025**
Signature of Attorney for Debtor                           MM / DD / YYYY

**Michael C. Fallon**
Printed name

**Law Office of Michael C. Fallon**
Firm name

**100 E Street, Suite 219**
**Santa Rosa, CA 95404**
Number, Street, City, State & ZIP Code

Contact phone  **(707) 546-6770**          Email address  **mcfallon@fallonlaw.net**

**088313 CA**
Bar number & State

| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Jeffrey** | **G.** | **Rebischung** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders 12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

**Allegiant Partners, Inc.**
**123 SW Columbia STreet**
**Bend, OR 97702**

What is the nature of the claim? **2022 CAT 309 Excavator with Attachments**  $356,153.40

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact

Contact phone

**2**

**Allegiant Partners, Inc.**
**123 SW Columbia STreet**
**Bend, OR 97702**

What is the nature of the claim? **2021 Bandit 20XP Track Chipper**  $167,886.72

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No

B104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 1

Case: 25-10067   Doc# 1   Filed: 02/03/25   Entered: 02/03/25 10:55:21   Page 8 of 19

| | | | |
|---|---|---|---|
| | Contact | ☐ Yes. Total claim (secured and unsecured) | |
| | Contact phone | Value of security: | - |
| | | Unsecured claim | |

**3**

**Altec Capital**
**33 Inverness Cente Pkwy, Suite 200**
**Birmingham, AL 35242**

What is the nature of the claim?   **2019 MACK/EFFER LEU633**   **$429,076.44**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact
Contact phone

**4**

**Altec Industries**
**5202 E 26 Hwy**
**Saint Joseph, MO 64507**

What is the nature of the claim?   **Vendor**   **$2,688.62**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact
Contact phone

**5**

**Best Version Media**
**P. O. Box 505**
**Brookfield, WI 53008**

What is the nature of the claim?   **Vendor**   **$9,790.40**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact
Contact phone

**6**

What is the nature of the claim?   **2022 Caterpillar 299D3XE Track Loader w/Attachments ID:**   **$687.20**

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Case: 25-10067    Doc# 1    Filed: 02/03/25    Entered: 02/03/25 10:55:21    Page 9 of 19

Debtor 1  **Jeffrey G. Rebischung**   Case number *(if known)*

**Caterpillar Financial**
**2120 West End Avenue**
**Nashville, TN 37203**

CAT0299DCLB301304

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured) $200,687.20
  - Value of security: - $200,000.00
  - Unsecured claim $687.20

Contact

Contact phone

**7**

**Franchise Tax Board**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

**What is the nature of the claim?** **Income Tax** $10,000.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

**8**

**Franchise Tax Board**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

**What is the nature of the claim?** **Taxes** $30,909.37

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

**9**

**Internal Revenue Service**
**Mary Ann Urrutia**
**Insolvency Group 2 - Oakland**
**1301 Clay Street, M/S 1400 S**
**Oakland, CA 94612**

**What is the nature of the claim?** **Taxes** $76,000.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 3

Case: 25-10067    Doc# 1    Filed: 02/03/25    Entered: 02/03/25 10:55:21    Page 10 of 19

Debtor 1    **Jeffrey G. Rebischung**      Case number *(if known)* _____

Contact _____

Contact phone _____

☐ Yes. Total claim (secured and unsecured)    _____
    Value of security:    - _____
    Unsecured claim    _____

---

**10**

**Internal Revenue Service**
**Mary Ann Urrutia**
**Insolvency Group 2 - Oakland**
**1301 Clay Street, M/S 1400 S**
**Oakland, CA 94612**

**What is the nature of the claim?**    **Income Tax**    **$44,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    _____
    Value of security:    - _____
    Unsecured claim    _____

Contact _____

Contact phone _____

---

**11**

**Jeff Cole, Electrician**
**5493 Kay Drive**
**Windsor, CA 95492**

**What is the nature of the claim?**    **Vendor**    **$9,520.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    _____
    Value of security:    - _____
    Unsecured claim    _____

Contact _____

Contact phone _____

---

**12**

**Redwood Credit Union**
**P. O. Box 35157**
**Seattle, WA 98124**

**What is the nature of the claim?**    **Credit Card**    **$29,919.41**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    _____
    Value of security:    - _____
    Unsecured claim    _____

Contact _____

Contact phone _____

---

**13**

**Redwood Credit Union**
**P. O. Box 35157**
**Seattle, WA 98124**

**What is the nature of the claim?**    **Credit Card**    **$29,851.77**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Case: 25-10067    Doc# 1    Filed: 02/03/25    Entered: 02/03/25 10:55:21    Page 11 of 19

Debtor 1    **Jeffrey G. Rebischung**      Case number *(if known)* _____

☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:    -
     Unsecured claim

Contact
Contact phone

---

**14**

**Redwood Credit Union**
**P.O. Box 6104**
**Santa Rosa, CA 95406**

**What is the nature of the claim?**    **2023 JEEP Grand Wagoneer**    **$106,244.47**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:    -
     Unsecured claim

Contact
Contact phone

---

**15**

**Translease, Inc.**
**P. O. Box 172686**
**Denver, CO 80217**

**What is the nature of the claim?**    **2023 Freightliner MC 106 AT28**    **$293,688.92**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:    -
     Unsecured claim

Contact
Contact phone

---

**16**

**TransLease, Inc.**
**P. O. Box 172686**
**Denver, CO 80217**

**What is the nature of the claim?**    **2022 Trail Boss Trailer**    **$22,916.14**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:    -
     Unsecured claim

Contact
Contact phone

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Case: 25-10067    Doc# 1    Filed: 02/03/25    Entered: 02/03/25 10:55:21    Page 12 of 19

Debtor 1    **Jeffrey G. Rebischung**      Case number *(if known)*

| | | | |
|---|---|---|---|
| **17** | **US Small Business Admisistration**<br>PO Box 3918<br>Portland, OR 97208-3918 | What is the nature of the claim? | **All Inventory, Chattel Paper, Accounts, Equipment and General Intangibles; whether any of the foregoing is owned now or acquired later; all accessions** | **$470,877.44** |

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Contact
Contact phone

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)    $470,987.44
       Value of security:    - $352,834.00
       Unsecured claim    $470,877.44

---

| **18** | **Wells Fargo**<br>P. O. Box 77066<br>Minneapolis, MN 55480-7768 | What is the nature of the claim? | **Credit Card** | **$40,729.64** |

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Contact
Contact phone

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
       Value of security:    -
       Unsecured claim

---

| **19** | **Wells Fargo**<br>P. O. Box 51193<br>Los Angeles, CA 90051 | What is the nature of the claim? | **Credit Card** | **$25,562.89** |

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Contact
Contact phone

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
       Value of security:    -
       Unsecured claim

---

| **20** | | What is the nature of the claim? | **All tangible and intangible personal** | **$180.68** |

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 6

Case: 25-10067    Doc# 1    Filed: 02/03/25    Entered: 02/03/25 10:55:21    Page 13 of 19

Debtor 1    **Jeffrey G. Rebischung**                           Case number *(if known)* _____

**Wells Fargo SBA Lendng**
**San Jose MAC D4004-03A**
**P. O. Box 2715**
**Winston Salem, NC 27102**

property, including but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)         $20,180.68
              Value of security:                      - $20,000.00
              Unsecured claim                            $180.68

_____
Contact

_____
Contact phone

## Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ Jeffrey G. Rebischung**                        X  _____
   **Jeffrey G. Rebischung**                               Signature of Debtor 2
   Signature of Debtor 1

   Date  **February  3, 2025**                             Date  _____

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 7

Case: 25-10067   Doc# 1   Filed: 02/03/25   Entered: 02/03/25 10:55:21   Page 14 of 19

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re                                                                               Case No.

**Jeffrey G. Rebischung**

_____ Debtor(s). _____ /

## CREDITOR MATRIX COVER SHEET

     I declare that the attached Creditor Mailing Matrix, consisting of __4__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **February  3, 2025**

                                                           /s/ Michael C. Fallon
                                                           Signature of Debtor's Attorney or Pro Per Debtor

Allegiant Partners, Inc.
123 SW Columbia STreet
Bend, OR 97702


Altec Capital
33 Inverness Cente Pkwy, Suite 200
Birmingham, AL 35242


Altec Industries
5202 E 26 Hwy
Saint Joseph, MO 64507


Best Version Media
P. O. Box 505
Brookfield, WI 53008


Best Version Media (BVM)
P. O. Box 505
Brookfield, WI 53008


BMO Transportation Finance
3741 Doulas Blvd., Suite 255
Roseville, CA 95661


Brett Rogers
15899 Wright Drive
Guerneville, CA


Caterpillar Financial
2120 West End Avenue
Nashville, TN 37203

Chris Chappell
414 - 7th Street
Petaluma, CA


Eric Sussman
13404 Dupont Road
Sebastopol, CA 95472


ESI Cloud Services
3701 E. Plano Plwy., SUite 100
Plano, TX 75074


Franchise Tax Board
P.O. Box 2952
Sacramento, CA 95812-2952


Internal Revenue Service
Mary Ann Urrutia
Insolvency Group 2 - Oakland
1301 Clay Street, M/S 1400 S
Oakland, CA 94612


Jack Miller
291 Monte Vista Lane
Petaluma, CA 94952


Jeff Cole, Electrician
5493 Kay Drive
Windsor, CA 95492


Mike Andrews
7540 Huntley Street
Sebastopol, CA 95472

Mike Covaja
10130 Field Lane
Forestville, CA


Navitas Credit Corp.
201 Executive Center Drive, Suite 199
Columbia, SC 29210


Redwood Credit Union
P. O. Box 35157
Seattle, WA 98124


Redwood Credit Union
P.O. Box 6104
Santa Rosa, CA 95406


TransLease, Inc.
P. O. Box 172686
Denver, CO 80217


US Small Business Admisistration
PO Box 3918
Portland, OR 97208-3918


Vista Broadband Networks Inc.
3700 Old Redwood Hwy, Suite 205
Santa Rosa, CA 95403


Wells Fargo
P. O. Box 77066
Minneapolis, MN 55480-7768

Wells Fargo
P. O. Box 51193
Los Angeles, CA 90051


Wells Fargo SBA Lendng
San Jose MAC D4004-03A
P. O. Box 2715
Winston Salem, NC 27102